IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| QUINDARRIUS TARRANCE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:22-CV-171-WHA-JTA ) |
| BRANDON WOOTEN, et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

This case is before the Court on the Recommendation of the United States Magistrate Judge entered on May 2, 2022. There being no timely objections filed to the Recommendation and upon independent review of the file, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. 4) is ADOPTED.

2. Plaintiff's 42 U.S.C. § 1983 claims against Judge Sibley Reynolds are DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B)(i) and (iii).

3. Plaintiff's 42 U.S.C. § 1983 claims against Brandon Wooten are DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B)(i).

4. Plaintiff's claims which go to the fundamental legality of the conviction on which he is currently incarcerated are DISMISSED without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) as such claims provide no basis for relief at this time in the instant cause of action.

5. This case is DISMISSED prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(i–iii).

Final Judgment will be entered separately.

Done, this 1st day of June 2022.

    /s/   W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE